Columbus Bar Association *v.* Bunge.

[Cite as *Columbus Bar Assn. v. Bunge* (1995), 71 Ohio St.3d 649.]

(No. 94–2665—Submitted January 24, 1995—Decided April 5, 1995.)

*Bruce A. Campbell* and *David W. Hardymon,* for relator.

*Charles W. Kettlewell,* for respondent.

---

*Per Curiam.* We have reviewed the arguments and stipulations in this case and concur in the board's findings that respondent violated DR 1–102(A)(4) and (6), 6–101(A)(3), and 7–101(A)(1), (2), and (3), as well as Gov.Bar R. V(4)(G). We also agree with the recommended sanction. Respondent is, therefore, suspended from the practice of law in Ohio for a period of six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.